Fill in this information to identify the case:

United States Bankruptcy Court for the:
**Southern District of Texas**

Case number (if known): _____   Chapter __11__

☐ Check if this is an amended filing

## Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy                   04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | | |
|---|---|---|
| **1. Debtor's name** | **Mari Ari International, Inc.** | |
| **2. All other names debtor used in the last 8 years** <br> Include any assumed names, trade names, and *doing business as* names | | |
| **3. Debtor's federal Employer Identification Number (EIN)** | 2 6 – 0 4 6 7 3 1 7 | |
| **4. Debtor's address** | **Principal place of business** <br><br> 8401 Westheimer Rd, Ste 280 <br> Number     Street <br> Houston, TX 77063-2708 <br> City                     State    ZIP Code <br><br> Harris <br> County | **Mailing address, if different from principal place of business** <br><br> Number     Street <br><br> City                     State    ZIP Code <br><br> **Location of principal assets, if different from principal place of business** <br><br> Number     Street <br><br> City                     State    ZIP Code |
| **5. Debtor's website (URL)** | | |
| **6. Type of debtor** | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br><br> ☐ Partnership (excluding LLP) <br><br> ☐ Other. Specify: _____ | |

Debtor __Mari Ari International, Inc._____   Case number *(if known)* _____
       Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. §101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. §781(3))
☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes .
**4  5  8  1**

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check all that apply:*

   ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No
☐ Yes.  District _____ When _____ Case number _____
                                                   MM / DD / YYYY
        District _____ When _____ Case number _____
                                                   MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No
☐ Yes.  Debtor _____ Relationship _____
        District _____ When _____
                                                    MM / DD / YYYY
        Case number, if known _____

Debtor   **Mari Ari International, Inc.**                                                                 Case number *(if known)*
             Name

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                              Number      Street

_____
City                                State    ZIP Code

**Is the property insured?**
☐ No
☐ Yes.   Insurance agency _____
         Contact name    _____
         Phone           _____

## Statistical and administrative information

**13. Debtor's estimation of available funds?**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☑ 1-49   ☐ 50-99           ☐ 1,000-5,000    ☐ 5,001-10,000      ☐ 25,001-50,000   ☐ 50,000-100,000
☐ 100-199 ☐ 200-999        ☐ 10,001-25,000                      ☐ More than 100,000

**15. Estimated assets**

☐ $0-$50,000              ☐ $1,000,001-$10 million        ☐ $500,000,001-$1 billion
☐ $50,001-$100,000        ☐ $10,000,001-$50 million       ☐ $1,000,000,001-$10 billion
☐ $100,001-$500,000       ☐ $50,000,001-$100 million      ☐ $10,000,000,001-$50 billion
☑ $500,001-$1 million     ☐ $100,000,001-$500 million     ☐ More than $50 billion

Debtor  **Mari Ari International, Inc.**　　　　　　　　　　　　　　　Case number *(if known)*
　　　　Name

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☑ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- ■ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- ■ I have been authorized to file this petition on behalf of the debtor.
- ■ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **07/16/2025**
　　　　　　　MM/ DD/ YYYY

X  **/s/ Sean Lee**　　　　　　　　　　　　　　　　**Sean Lee**
Signature of authorized representative of debtor　　　Printed name

Title _____

**18. Signature of attorney**

X  **/s/ Reese Baker**　　　　　　　　Date **07/16/2025**
Signature of attorney for debtor　　　　　　　MM/ DD/ YYYY

**Reese Baker**
Printed name

**Baker & Associates**
Firm name

**950 Echo Ln Ste 300**
Number　Street

**Houston**　　　　　　　　**TX**　　**77024-2824**
City　　　　　　　　　　　State　　ZIP Code

_____　　**courtdocs@bakerassociates.net**
Contact phone　　　　　　　Email address

**01587700**　　　　　　　　**TX**
Bar number　　　　　　　　State

Official Form 201　　　**Voluntary Petition for Non-Individuals Filing for Bankruptcy**　　　page **4**

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

IN RE: **Mari Ari International, Inc.**　　　　　　　　　　　　　　CASE NO

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　CHAPTER **11**

## VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date  **07/16/2025**　　Signature　　　　　**/s/ Sean Lee**
　　　　　　　　　　　　　　　　　　　Sean Lee, Authorized Signer

American Express
PO BOX 6031
Carol Stream, IL 60197

Bank of America
PO BOX 660441
Dallas, TX 75266

Capital One
PO Box 60519
City of Industry, CA 91716-0519

Chariot Energy
5051 Westheimer Rd, Suite 1400
Houston, TX 77056

City of Houston
PO Box 4576
Houston, TX 77210-4576

Comcast Business
PO Box 60533
City of Industry, TX 91716-0533

Financial Relief Program - Amex

Forward Financing LLC
53 State Street, 20th floor
Boston, MA 02109

Harris County
PO Box 3547
Houston, TX 77253-3547

Houston Community College System
PO Box 4576
Houston, TX 77210-4576

Houston ISD
PO Box 4576
Houston, TX 77210-4576

Internal Revenue Service
Centralized Insolvency Operations
Po Box 7346
Philadelphia, PA 19101-7346

Legend Advance Funding II, LLC
800 Brickell Avenue Suite 902
Miami, FL 33131

Mi Young Lee
14 Lake Vista Loop
Fulshear, TX 77441

Mink Hair LTD
71 Riverview Dr
Wayne, NJ 07470

NewTek Bank
1981 Marcus Avenue, Suite 130
Lake Success, NY 11042

PX Beauty of Killen Inc
5296 W 34th St
Houston, TX 77092

SBA - EIDL Program
409 3rd St.SW
Washington, DC 20416

Simply Funding LLC
45 Broadway
New York, NY 10006

Simply Funding LLC
300 N Main St. Ste107
Spring Valley, NY 10977

Square Capital, LLC
c/o Block, Inc.
1955 Broadway, Suite 600
Oakland, CA 94612

Triton Recovery LLC
3111 N University Dr., Ste 702
Coral Springs, FL 33065

TX Comptroller of Public Accounts
Revenue Acct Div - Bankruptcy Section
PO Box 13528
Austin, TX 78711-3652

Vista Dunvale, Ltd.
1117 Eldridge Parkway
Houston, TX 77077

W Realty & Investmnet Group
9525 Katy Freeway
Houston, TX 77024

WebBank
c/o Swift Financial, LLC
3505 Silverside Rd
Wilmington, DE 19810